Case 9:21-cr-80100-RLR  Document 3  Entered on FLSD Docket 07/09/2021  Page 1 of 8

FILED by **KS** D.C.
Jul 8, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-80100-CR-ROSENBERG/REINHART**

CASE NO. _____

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

JONATHAN LEE PEREZ,

    **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Commit Access Device Fraud**
**(18 U.S.C. § 1029(b)(2))**

From at least as early as on or about October 21, 2017, through on or about December 6, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JONATHAN LEE PEREZ,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a)(1), namely, to knowingly, and with the intent to defraud, produce, use and traffic in one or more counterfeit access devices, that is, counterfeit driver's licenses in the name of other individuals, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(1).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about October 21, 2017, **JONATHAN LEE PEREZ** sent an e-mail containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "M.Y.," "C.A.," "A.W.S.," "J.W.S.," and "K.H."

2. On or about November 16, 2017, **JONATHAN LEE PEREZ** sent an e-mail containing a template that was intended to be used to produce a fraudulent driver's license in the name of "C.F."

3. On or about November 17, 2017, **JONATHAN LEE PEREZ** sent an e-mail containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "B.C.L." and W.F.V."

4. On or about November 19, 2017, **JONATHAN LEE PEREZ** sent e-mails containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "C.F." and "M.C."

5. On or about November 20, 2017, **JONATHAN LEE PEREZ** sent an e-mail containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "K.P." and "C.F."

6. On or about November 21, 2017, **JONATHAN LEE PEREZ** sent an e-mail containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "M.C." and "A.J."

7. On or about November 22, 2017, **JONATHAN LEE PEREZ** sent e-mails containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "R.J.," "P.B.T." and "R.D.A."

8. On or about November 24, 2017, **JONATHAN LEE PEREZ** sent e-mails containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "K.E.P.," "C.F.," "R.J.," "R.D.A.," "A.J.," "P.H.," "A.A.H.," "P.B.T.," and "G.P.C."

9. On or about November 29, 2017, **JONATHAN LEE PEREZ** sent an e-mail containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "R.M.," "C.L.M.," and "K.E.P."

10. On or about December 1, 2017, **JONATHAN LEE PEREZ** sent e-mails containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "T.A.S.," "K.E.P.," and "C.F."

11. On or about December 3, 2017, **JONATHAN LEE PEREZ** sent an e-mail containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "A.L.," "K.E.P.," and "C.F."

12. On or about December 4, 2017, **JONATHAN LEE PEREZ** sent e-mails containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "W.L.," "L.V.P.," "M.K.S., "C.F.," "K.E.P.," and "A.A.L."

13. On or about December 5, 2017, **JONATHAN LEE PEREZ** sent an e-mail containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "R.B.," "K.E.P.," and "L.A."

14. On or about December 6, 2017, **JONATHAN LEE PEREZ** sent e-mails containing templates that were intended to be used to produce fraudulent driver's licenses in the names of "C.F.," "W.G.," "K.E.P.," and "L.V.P."

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
**Possession of Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about August 20, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JONATHAN LEE PEREZ,**

did knowingly, and with intent to defraud, possess fifteen (15) or more counterfeit and unauthorized access devices, that is, social security numbers, driver's license numbers, usernames and passwords, credit card account numbers, debit card account numbers, and bank account numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 3–5
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about August 20, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JONATHAN LEE PEREZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized and counterfeit access devices, that is, social security numbers, driver's license numbers, usernames and passwords, credit card account numbers, debit card account numbers, and bank account

numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 2, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Means of Identification |
|---|---|
| 3 | Name, social security number, date of birth, and driver's license number of M.A. |
| 4 | Name, date of birth, and social security number of D.S. |
| 5 | Name, address, and credit card account number of R.G. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 6
### Trafficking in and Possession of Access Device-Making Equipment
### (18 U.S.C. § 1029(a)(4))

On or about February 20, 2018, in Palm Beach County, in the Southern District of Florida and elsewhere, the defendant,

**JONATHAN LEE PEREZ,**

did knowingly, and with intent to defraud, have control and custody of, possess, and traffic in access device-making equipment, that is, one (1) credit card embossing machine and one (1) credit card encoding machine, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JONATHAN LEE PEREZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, or a conspiracy thereof, as alleged in this Indictment, the defendant shall forfeit to the United States:

(a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_N. C_, SLC (Edward N. Stamm)
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_Adam Hapner_
ADAM M. HAPNER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JONATHAN LEE PEREZ,

        Defendant.      /

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

- [ ] Miami
- [ ] Key West
- [ ] FTL
- [✓] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    [✓]
   - II    6 to 10 days    [ ]
   - III    11 to 20 days    [ ]
   - IV    21 to 60 days    [ ]
   - V    61 days and over    [ ]

   (Check only one)
   - Petty [ ]
   - Minor [ ]
   - Misdemeanor [ ]
   - Felony [✓]

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No
7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

                                                                                 *Adam Hapner*
                                                             ADAM M. HAPNER
                                                             Assistant United States Attorney
                                                             FLA Bar No.    112006

*Penalty Sheet(s) attached                                                                          REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JONATHAN LEE PEREZ

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

\***Max. Penalty:** 5 years' imprisonment

Count #: 2

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

\* **Max. Penalty:** 10 years' imprisonment

Counts #: 3–5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

\***Max. Penalty:** Mandatory 2 years' imprisonment (consecutive to any other sentence)

Count #: 6

Trafficking in and Possession of Access Device-Making Equipment

Title 18, United States Code, Section 1029(a)(4)

\***Max. Penalty:** 15 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**