UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80100-CR-ROSENBERG

UNITED STATES OF AMERICA

vs.

JONATHAN LEE PEREZ,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the Acting United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above-named defendant.

Respectfully submitted,

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: September 13, 2021

_____
THE HONORABLE ROBIN ROSENBERG
UNITED STATES DISTRICT COURT JUDGE